IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISSETTE MORALES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| COMMISSIONER OF SOCIAL SECURITY | : | NO. 07-2143 |

O R D E R

AND NOW, this 15th day of April, 2008, upon consideration of plaintiff's request for review and reversal of defendant's final administrative decision filed August 31, 2007; upon consideration of defendant's response to request for review of plaintiff filed October 23, 2007; upon consideration of plaintiff's reply to defendant's response in opposition to plaintiff's request for review filed December 5, 2007; upon consideration of the briefs of the parties and after consideration of the Report and Recommendation of Magistrate Judge Henry S. Perkin, it is ORDERED that:

      1. The Report and Recommendation is APPROVED and ADOPTED;

      2. The relief sought by plaintiff is GRANTED in part as described below;

      3. The case is REMANDED to the Commissioner in accordance with the sixth sentence of 42 U.S.C. § 405(g) for consideration of the medical report dated December 5, 2006 in accordance with the Report and Recommendation ;

      4. In all other respects, plaintiff's request for relief is DENIED; and

      5. The Clerk of Court shall CLOSE this matter statistically.

                                            *s/Thomas N. O'Neill, Jr.*
                                            THOMAS N. O'NEILL, JR.,    J.